DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     *

                            *

       v.                    *     18-cr-466/20-cr-307(MAS)

                            *

CHRISTOPHER PROCTOR        *

                            *

                         *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

☑    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑    Video Teleconferencing

☐    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

       ☐    The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

       ☐ Other:

Date: 1/10/2022

_____

Honorable Douglas E. Arpert
United States Magistrate Judge