PROB 12B
(6/21)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Individual Under Supervision:** Rueben Ames     **Docket Number:** 20-00307-001
    **PACTS Number:** 31118

**Name of Sentencing Judicial Officer:**     THE HONORABLE MICHAEL A. SHIPP
    UNITED STATES DISTRICT JUDGE

    (JURISDICTION OF DOCKET NUMBER 20-00307-001 REASSIGNED FROM HONORABLE JAMES S. MOODY JR., UNITED STATES DISTRICT JUDGE, MIDDLE DISTRICT OF FLORIDA TO THE HONORABLE MICHAEL A. SHIPP AS OF APRIL 20, 2020)

**Date of Original Sentence:** Case No.: 18-00466: 11/15/2018
                                   Case No.: 20-00307: 07/12/2002

**Original Offense:**     Case No. 18-00466: Count One: Escape of a Federal Prisoner
                       Case No. 20-00307: Count One: of Conspiracy to Possess with Intent to Distribute 5 or More Kilograms of Cocaine. Count Three: Carrying or Possessing a Firearm During and In Relation to a Drug Trafficking Crime.

**Original Sentence:** 271 months imprisonment, 60 months supervised release

**Special Conditions:** Case No. 18-00466: Special Assessment $100, Life Skills Counseling; Mental Health (added by Modification Order dated 11/14/2019)
                       Case No. 20-00307: Special Assessment $200; Drug/Alcohol Testing and Treatment; Financial Disclosure; No New Debt

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 11/15/2018

**Assistant U.S. Attorney:** Leah Gould, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Andrea Bergman, Federal Defenders Office, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☑   To modify the conditions of supervision as follows:

Prob 12B – page 2
Rueben Ames

**MENTAL HEALTH TREATMENT**

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

**CAUSE**

Subsequent to an arrest for domestic violence, the probation office has discussed the need for counseling with Mr. Ames and he has agreed to cooperate with a referral for treatment. The arrest itself is being outlined in a Request for Petition for Warrant or Summons on an Individual Under Supervision, to be submitted to the Court for consideration.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Santiago A. Cornejo, JR*
By:   SANTIAGO A. CORNEJO, JR.
U.S. Probation Officer

/ sac

APPROVED:

*Sharon O'Brien*        *January 31, 2023*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)
☐ No Action
☐ Other

_____
Signature of Judicial Officer

February 1, 2023
Date