UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    20-cr-00307-MAS

      vs.    :    UNITED STATES OF AMERICA
                                    PUBLIC DEFENDER

RUEBEN AMES    :

                                    ORDER APPOINTING FEDERAL

    The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown; it is on this 22nd day of February, 2023,

    ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause, for the purposes of today's hearing, until further order of this court.

                                            **DOUGLAS E. ARPERT**
                                            United States Magistrate Judge

cc:   Federal Public Defender