

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

Eric Suggs
Assistant United States Attorney

402 East State Street, Room 430
Trenton, New Jersey 08608

*ORDER*

Direct Dial: (609) 989-0562

March 14, 2023

Honorable Douglas E. Arpert
United States Magistrate Judge
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

    Re:    <u>United States v. Rueben Ames</u>,
             Criminal No. 20-307 (MAS)

Dear Judge Arpert:

    On February 22, 2023, the parties appeared before Your Honor for an initial appearance for an alleged violation of supervised release in the above-referenced matter. On that day, the government made an application for detention, which was denied pending a bail review hearing that was scheduled for March 15, 2023. Since then, the defendant has complied with the terms of his release and is now scheduled to receive alcohol-related treatment beginning at the end of the month. Additionally, the defendant has secured gainful employment. For those reasons, and in accordance with Probation's recommendation, the government withdraws its application for detention and respectfully submits that tomorrow's bail review hearing is no longer necessary.

*granted*

*So Ordered —*
*[signature]*
*USMJ*

Respectfully submitted,

PHILIP SELLINGER
United States Attorney

s/ Eric Suggs
_____

BY: ERIC SUGGS
Assistant U.S. Attorney

CC:    Benjamin West, Esq. (via CM/ECF)
         Santiago Cornejo, U.S. Probation Officer (via CM/ECF)